UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL ALLEN STAUB,<br><br>  Plaintiff,<br><br>  v.<br><br>ZIMMER, INC.,<br><br>  Defendant. | CASE NO. C17-0508JLR<br><br>ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR FILING A RESPONSIVE PLEADING |

Before the court is the parties' joint motion for a 30-day extension of time for Defendant to file a responsive pleading. (Joint Mot. (Dkt. # 19).) The court GRANTS the motion. Defendant's responsive pleading is now due on August 14, 2017.

Dated this 14th day of July, 2017.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER - 1